UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWAN JOHNSON,

    Petitioner,

                                                   Civil No. 05-71253
                                                   Criminal No. 02-CR-80802

-vs-                                             PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA

    Respondent.
_____/

**ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND (2) DENYING PETITIONER'S MOTION TO VACATE SET ASIDE, AND CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**

The Court has reviewed the Magistrate Judge's Report and Recommendation ("R&R"), filed on February 10, 2006, and any objections filed thereto.

**IT IS ORDERED** that the R&R is accepted and entered as the findings and conclusions of this Court, and Petitioner's Motion to Vacate, Set Aside, and Correct Sentence is DENIED.

                                                 S/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated:  March 28, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 28, 2006.

                                                 S/Jonie Parker
                                                 Case Manager